| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Snyder, Christina A | Central District of California | 07/12/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final | 01/01/2008 to 12/31/2008 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse 312 Spring Street Los Angeles, CA 90012 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUL 29 A 10: 53 FINANCIAL DISCLOSURE OFFICE

Snyder_Christina_A

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 07/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Attorney-Partnership |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 07/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 07/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Genter Advisors Schwab DFA IRA Acct #1 | E | Dividend | O | T | | | | | |
| 2. DFA US Large Company Fund | | | | | | | | | |
| 3. Ishares Russell 1000 Grwth IDX | | | | | Partial Buy | 10/23 | L | | |
| 4. DFA US Large Cap Value Fund | | | | | Partial Buy | 09/19 | M | | |
| 5. | | | | | Partial Buy | 12/10 | J | | |
| 6. | | | | | Partial Buy | 12/29 | K | | |
| 7. DFA US Small Cap Fund | | | | | Partial Buy | 02/06 | K | | |
| 8. DFA Small Cap Value Fund | | | | | Partial Buy | 11/10 | J | | |
| 9. DFA Large Cap Int'l Fund | | | | | Partial Sell | 09/05 | L | E | |
| 10. | | | | | Sell All | 10/22 | J | A | |
| 11. DFA Int'l Value Fund | | | | | Partial Sell | 10/22 | L | A | |
| 12. GNMA Pass Thru | | | | | | | | | |
| 13. BANK OF AMERICA ACCTS (MM&CHNG | A | Interest | K | T | | | | | |
| 14. CHRISTOPHER WEIL & CO BEAR STEARNS IRA ACCT | B | Dividend | M | T | | | | | |
| 15. Frank Russell Emerging Markets Funds | | | | | Partial Sell | 09/29 | J | A | |
| 16. Russell US Small & Mid Cap Fund CLS | | | | | Partial Buy | 09/26 | J | | |
| 17. Frank Russell Quantitative Equity Fund | | | | | Partial Sell | 09/26 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 07/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Russell U.S. Core Equity Fund CL S | | | | | Partial Sell | 09/26 | J | A | |
| 19. Russell Int'l Developed Mkts Fund CL S | | | | | | | | | |
| 20. Frank Russell Real Estate Securities Fund CL S | | | | | Buy | 09/26 | J | | |
| 21. Russell Global Equity Fund Fund CL S | | | | | | | | | |
| 22. TRUST #1 Schwab Acct | | | | | | | | | |
| 23. Schwab Money Mkt Funds | G | Int./Div. | P2 | | | | | | |
| 24. Met Wtr Dist Co., CA REV | | | | | Sell All | 01/01 | L | A | |
| 25. Met Wtr Dist Co. Rev P/R | | | | | | | | | |
| 26. Turlock CA IRR Rev | | | | | Sell All | 01/01 | L | A | |
| 27. Fresno CA USD GO | | | | | | | | | |
| 28. Redwood City CA ESD GO | | | | | | | | | |
| 29. CA State GO 6.250% 09/01/12 | | | | | | | | | |
| 30. CA Ed Facs Au Rev Stanford | | | | | | | | | |
| 31. San Mateo CO Ca St Tax Rev 5.25% 06/01/2017 | | | | | | | | | |
| 32. Riverside CO CA SIA TX 6.00% 06/01/08 | | | | | Sell All | 06/01 | M | A | |
| 33. Chaffey HSD 5.25% 08/01/09 | | | | | | | | | |
| 34. San Mateo CO CA St Tax Rev 5.25% 06/01/12 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 07/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CA ST GO 5.357% 04/01/14 | | | | | | | | | |
| 36. CA ST GO 5.00% 02/01/08 | | | | | Sell All | 02/01 | L | A | |
| 37. Vallejo CA USD GO 5.90% 02/01/17 | | | | | | | | | |
| 38. CA Dept Trans RV 5.00% 02/01/15 | | | | | | | | | |
| 39. Sacramento CA MUD Elec RV 5.00% 08/15/08 | | | | | Sell All | 08/15 | L | A | |
| 40. CA Dept Wtr Res RV ETM 5.5% 12/01/09 | | | | | | | | | |
| 41. CA Wtr Res Central Valley PJ RV 5.5% 12/01/09 | | | | | | | | | |
| 42. CA Wtr Res Central Valley 5.5% 12/01/08 | | | | | Sell All | 12/01 | L | A | |
| 43. CA ST GO 5.25% 10/01/2009 | | | | | | | | | |
| 44. Southwester CMTY Coll Dist. 5.625% 08/01/2016.16 | | | | | | | | | |
| 45. CA ST GO 5.75% 03/01/2010/27 | | | | | | | | | |
| 46. Los Angeles C GO 5.25% 09/01/2014 | | | | | | | | | |
| 47. Pajaro Valley CA USD GO 5.25% 08/01/2016 | | | | | | | | | |
| 48. San Diego CO CA Sls Ta Rev 4.75% 08/01/08 | | | | | Sell All | 04/01 | M | A | |
| 49. LA CO CA Met Trans Sls Tax 5.00% 07/01/2012 | | | | | Partial Buy | 02/08 | K | | |
| 50. Los Angeles, CA USD GO 5.375% 07/01/2008-16 | | | | | Sell All | 07/01 | M | A | |
| 51. Southwestern Cmty Coll Dist CA GO 5.25% 08/01/2017 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 07/12/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Foothill Eastern Corr Agy 7.05% 01/01/2010 | | | | | | | | | |
| 53. Los Angeles CA GO 5.25% 09/01/2014 | | | | | | | | | |
| 54. Foothill Eastern Corr Agy 7.10% 01/01/2012 | | | | | | | | | |
| 55. Coast Cmty Coll Dist CA GO 5.00% 08/01/21 | | | | | | | | | |
| 56. CA Economic Recovery GO & RV 5.00% 07/01/2011 | | | | | | | | | |
| 57. CA Wtr Resource Pwr Supply 5.50% 05/01/2011 | | | | | Partial Buy | 06/11 | M | | |
| 58. | | | | | Sell All | 11/13 | N | A | |
| 59. LA C USD GO 5.00% 07/01/2013/25 | | | | | Partial Buy | 01/03 | L | | |
| 60. CA Infrastructure & Eco Dev 5.00% 07/01/2010 | | | | | | | | | |
| 61. East Bay Mud CA Wtr Sys 5.00% 06/01/2019 | | | | | | | | | |
| 62. Sacramento CO CA Sani Distr RV 5.00% 08/01/2019 | | | | | Sell All | 01/14 | M | D | |
| 63. LA CA Dept Wtr & Pwr 5.00% 07/01/2022 | | | | | | | | | |
| 64. Long Beach CA Wtr RV SF 13 5.750% 05/15/2015 | | | | | | | | | |
| 65. Napa Co CA Flood Impt RV 5.00% 06/15/2018 | | | | | | | | | |
| 66. LA CO CA Met Transp Sls Tax 6.00% 07/01/2011 | | | | | | | | | |
| 67. LA CA Wastewater RV 5.00% 06/01/2008/28 | | | | | | | | | |
| 68. LA CA Wastewater RV 5.00% 06/01/2008/28 | | | | | Sell All | 02/02 | N | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 07/12/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CA ST GO 5.50% 10/01/2009 | | | | | | | | | |
| 70. Los Angeles CA GO 5.250% 09/01/2014 | | | | | Buy | 01/25 | K | | |
| 71. Sacramento CO CA Sani Dist FIN 5.250% 12/01/2022 Auth RV | | | | | Buy | 01/14 | N | | |
| 72. Monterey Peninsula CA CCD GO 5.00% 08/01/2020 C18 | | | | | Buy | 04/28 | N | | |
| 73. CA ST GO 5.00% 10/01/2017 CC16 | | | | | Buy | 07/07 | N | | |
| 74. Sacramento, CA MUD Elec RV C18 5.00% 08/15/2021 | | | | | Buy | 08/19 | M | | |
| 75. Golden ST Tobacco SEC Corp CA 5.50% 06/01/2013/33 | | | | | Buy | 11/13 | N | | |
| 76. Acalanes CA Union High Sch 5.250% 08/01/2020 Dist GO C15 | | | | | Buy | 12/17 | M | | |
| 77. BANC OF AMERICA TRUST ACCT | | | | | | | | | |
| 78. Columbia CA Tax-Exmpt Res MM | E | Dividend | P1 | T | | | | | |
| 79. Putnam Equity Income Class A | | | | | | | | | |
| 80. Putnam Fund for Growth & Income | | | | | | | | | |
| 81. Putnam In'l Equity CL A | | | | | | | | | |
| 82. Putnam Investors Class A | | | | | | | | | |
| 83. Putnam New Opportunities CL A | | | | | | | | | |
| 84. Putnam Voyager Class A | | | | | | | | | |
| 85. CA ST GO BDS SER 2002 05.000% 10/01/2022 | | | | | | 05/29 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 07/12/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CA ST GO Refunding BDS Ser 05.000% 08/01/23 | | | | | | 05/16 | K | | |
| 87. CA ST VAR PURP GO BDS SER 05.000% 02/01/2026 | | | | | | 05/29 | K | | |
| 88. CA CNTY CA TOB 05.87500% 06/01/2027 | | | | | | 05/29 | J | | |
| 89. CA ST GO BDS SER.A 05.000% 04/01/2038 | | | | | | 05/08 | K | | |
| 90. SCHWAB 401(k) ACCOUNT | | | | | | | | | |
| 91. Schwab Money Market (Core Money Market Fd) | D | Dividend | N | T | | | | | |
| 92. DFA US Large Company Fund | | | | | Partial Buy | 01/28 | J | | |
| 93. DFA US Small Cap Fund | | | | | Partial Buy | 01/25 | J | | |
| 94. | | | | | Sell All | 10/22 | J | A | |
| 95. DFA Int'l Value Fund | | | | | Partial Buy | 01/28 | J | | |
| 96. | | | | | Parial Sell | 10/22 | J | A | |
| 97. DFA Small Cap Value Fund | | | | | Partial Buy | 01/28 | J | | |
| 98. DFA US Large Cap Value Fund | | | | | Partial Buy | 02/06 | J | | |
| 99. | | | | | Partial Buy | 09/19 | K | | |
| 100. | | | | | Partial Buy | 12/10 | J | | |
| 101. | | | | | Partial Buy | 12/29 | J | | |
| 102. DFA US Large Cap Int'l Fund | | | | | Partial Buy | 01/25 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 07/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Partial Sell | 09/05 | K | A | |
| 104. | | | | | Sell All | 10/22 | J | A | |
| 105. IShares Russell 1000 Grwth Index | | | | | Partial Buy | 01/25 | J | | |
| 106. | | | | | Partial Buy | 10/23 | K | | |
| 107. GENTER ADVISORS SCHWAB TRUST ACCOUNT | | | | | | | | | |
| 108. Schwab Money Market (Core Money Market Fund | G | Dividend | P2 | T | | | | | |
| 109. DFA US Large Company Fund | | | | | | | | | |
| 110. DFA US Small Cap Fd | | | | | Sell All | 10/22 | N | A | |
| 111. DFA Large Cap Int'l Fund | | | | | Partial Buy | 03/10 | J | | |
| 112. | | | | | Partial Sell | 03/31 | L | A | |
| 113. | | | | | Partial Buy | 06/10 | J | | |
| 114. | | | | | Sell All | 09/05 | O | G | |
| 115. DFA US Small Cap Value Fd | | | | | Sell All | 10/22 | O | F | |
| 116. DFA US Large Cap Value Fd | | | | | Partial Buy | 03/31 | L | | |
| 117. | | | | | Partial Buy | 07/24 | K | | |
| 118. | | | | | Partial Buy | 09/19 | O | | |
| 119. | | | | | Partial Buy | 10/29 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 07/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Partial Buy | 12/10 | J | | |
| 121. Ishares Russell 1000 Grwth Idx | | | | | Partial Buy | 10/23 | N | | |
| 122. DFA Int'l Value Fund | | | _ | | Partial Buy | 02/06 | K | | |
| 123. | | | | | Partial Sell | 10/22 | P1 | A | |
| 124. | | | | | Partial Buy | 12/17 | O | | |
| 125. Ishares Russell 2000 Val Index | | | | | Buy | 10/28 | L | | |
| 126. | | | | | Partial Buy | 10/29 | N | | |
| 127. | | | | | Sell All | 12/09 | O | A | |
| 128. Ishares MSCI EAFE Val Ind Fd | | | | | Buy | 10/28 | L | | |
| 129. | | | | | Partial Buy | 10/29 | O | | |
| 130. | | | | | Sell All | 12/15 | O | D | |
| 131. DFA US Targeted Value Port | | | | | Buy | 12/11 | O | | |
| 132. GENTER ADVISORS (SCHWAB) DFA IRA #2 | E | Dividend | N | T | | | | | |
| 133. DFA US Large Company Fd | | | | | | | | | |
| 134. DFA US Small Cap Fd | | | | | Sell All | 10/22 | K | A | |
| 135. DFA Large Cap Int'l Fd | | | | | Partial Sell | 09/05 | L | A | |
| 136. | | | | | Sell All | 10/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 07/12/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. DFA Small Cap Value | | | | | Partial Buy | 02/06 | J | | |
| 138. | | | | | Partial Sell | 10/22 | J | A | |
| 139. | | | | | Partial Buy | 12/29 | J | | |
| 140. DFA US Large Cap Value Fd | | | | | Partial Buy | 09/19 | L | | |
| 141. IShares Russell 1000 Grwth IDX | | | | | Partial Buy | 10/23 | K | | |
| 142. DFA Int'l Value Fund | | | | | Partial Sell | 10/22 | K | A | |
| 143. BANC OF AMERICA IRA #3 | | | | | | | | | |
| 144. Columbia Cash Reserves Money Mkt | D | Dividend | N | T | | | | | |
| 145. BAC CAP TR III Cap Secs PFD 7.00% 08/15/2032 | | | | | | 06/09 | K | | |
| 146. BAC Capital TR II Cap Secs PFD 7.00% 02/01/2032' | | | | | | 06/09 | J | | |
| 147. Deutsche BK Cap FDG TR X Noncum TR PFD Secs Perp 7.35% | | | | | | 06/09 | K | | |
| 148. Wells Fargo CAP XI Enhanced Tr PFD TRU | | | | | | 06/09 | J | | |
| 149. GOV Natl Mtg Assn 1 Poll #285818 9.00% 02/15/2020 | | | | | | 06/09 | J | | |
| 150. US Treas BDS 7.500% 11/15/2016 | | | | | | 06/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 07/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, page 4, lie 3 -   Name corrected to Ishares Russell 1000 Grwth IDX
2) Part VII, page 4, line 12 - Issue was stocked out
3) Part VII, page 4, line 16 - Issue was formerly known as Frank Russell Special Growth Fund
4) Part VII, page 5, line 18 - Issue was formerly known as Frank Russell Diversified Equity Fund
5) Part VII, page 5, line 19 - Issue was formerly known as Fank Russell Int'l Securities Fund CL S
6) Part VII, page 5, line23 - Issue was formerly known as Schwab CA Muni Fund (core Money Mkt)
7) Part VII, page 6, line 37 - Name corrected from Vallejo CA USD CO 5.90% 02/01/17
8) Part VII, page 6, line 40 - Name corrected from CA Dept Wtr Rex RV 5.5% 12/01/09
9) Part VII, page 6, line 51 - Name corrected from Southwestern Cnty Coll Dist. 5.625% 08/01/2011/16
10) Part VII, page 7, line 67 - Issue listed in error - no buy
11) Part VII, page 7, line 67 - Issue should have been reported on 2007 FDR as sell on on 2/2/07
12) Part VII, page 8, line 79 - Formerly Putnam Capital Apprec Cl A
13) Part VII, page 8, line 80 - Formerly Punam Classic Equity Fund
14) Part VII, page 8, line 82 - Formerly Putnam New Value Class A
15) Part VII, page 8, line 85 - Issue transferred into account
16) Part VII, page 9, line 86 - Issue transferred into account
17) Part VII, page 9, line 87 - Issue transferred into account
18) Part VII, page 9, line 88 - Issue transferred into account
19) Part VII, page 9, line 89 - Issued transferred into account
20) Part VII, page 12, line 143 - New IRA designated by title IRA #3
21) Part VII, page 12, line 145 - Issue transerred into account
22) Part VII, page 12, line 146 - Issue transferred into account
23) Part VII, page 12, line 147 - Issue transferred into account
24) Part VII, page 12, line 148 - Issue transferred into account
25) Part VII, page 12, line 149 - Issue transferred into account
26) Part VII, page 12, line 150 - Issue transferred into account

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 07/12/2009 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544